John J. Carey
**CAREY & DANIS, LLC**
8235 Forsyth Blvd., Suite 1100
St. Louis, Missouri 63105
Telephone: 314.725.7700
Facsimile: 314.721.0905
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. : 07-1976 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Geraldine Tripp, et al.,<br><br>　　　　　　　　　Plaintiffs<br><br>vs.<br><br>Pfizer Inc. et al.,<br><br>　　　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs Geraldine Tripp, Raymond D. Snow, Barbara Walker, Paul Pulaski for Penny Pulaski, and Larry Newsom as the Personal Representative for Gertrude Blanton in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

DATED: 1/15, 2010    By: _____
                          John J. Carey
                          **CAREY & DANIS, LLC**
                          8235 Forsyth Blvd., Suite 1100
                          St. Louis, Missouri 63105
                          Telephone: 314.725.7700
                          Facsimile: 314.721.0905

                          *Attorneys for Plaintiffs*

DATED: 1/27, 2010    By: _____

                          **DLA PIPER LLP (US)**
                          1251 Avenue of the Americas
                          New York, New York 10020
                          Telephone: 212-335-4500
                          Facsimile: 212-335-4501

                          *Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB - 3 2010    _____
                       Hon. Charles R. Breyer
                       United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**